UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN KING, | ) CASE NO. ED CV 12-631-JSL (PJW) |
| Petitioner, | ) |
| | ) J U D G M E N T |
| v. | ) |
| WARDEN, | ) |
| Respondent. | ) |

Pursuant to the Order Dismissing Petition Without Prejudice,

IT IS HEREBY ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: Sept. 7, 2012.

*[signature: Spencer Letts]*

J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\magj631.wpd